UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:   23-40447-KKS
Chapter 13

In re : Colleen Skipper-Mitchell,

Debtor.

_____/

## NOTICE OF ADEQUATE PROTECTION PAYMENTS

Debtor files this Notice of Adequate Protection Payments in accordance with Chapter 13 Standing Order No. 19 for the secured creditors as follows:

| Creditor/Address | Collateral | Payment Amount |
|---|---|---|
| Envision Credit Union<br>Attn: Bankruptcy<br>P.O. Box 5198<br>Tallahassee, FL 32314-0000 | Vehicle: 2007 Toyota Yaris | $62.67 monthly from date of filing. |
| Florida State Credit Union<br>Attn: Bankruptcy<br>P.O. Box 182499<br>Tallahassee, FL 32318-0000 | Vehicle: 2015 Lincoln MKC | $218.56 monthly from date of filing. |

The above listed payment shall be made by the Office of the Chapter 13 Trustee as reflected above until this Court orders otherwise or by confirmation of the Plan.

Dated: December 4, 2023

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq,
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or NEF on December 04, 2023, to the following:

Leigh A. Duncan on behalf of Trustee Leigh A. Duncan
ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Envision Credit Union
Attn: Bankruptcy
P.O. Box 5198
Tallahassee, FL 32314-0000

Florida State Credit Union
Attn: Bankruptcy
P.O. Box 182499
Tallahassee, FL 32318-0000

          RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq,
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905
Attorney for Debtor