FORM oncnf13 (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Colleen Skipper–Mitchell
    SSN/ITIN: xxx–xx–6780
    Debtor

Bankruptcy Case No.: 23–40447–KKS

Chapter: 13
Judge: Karen K. Specie

**Order and Notice of Hearing
on Confirmation and Fixing Time to File Objections**

To All Creditors and Parties in Interest:

Please take notice that the debtor(s) has/have filed a Chapter 13 Plan or an Amended Plan.

**IT IS ORDERED AND NOTICE GIVEN** that:

A hearing to consider confirmation of the debtor(s) proposed Chapter 13 Plan will be held on **April 24, 2024, at 09:30 AM,** *Eastern Time*, **at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301**. Parties may appear at the following alternate location: via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

Written objections to confirmation must be filed with the Court on or before April 17, 2024 at U.S. Bankruptcy Court, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301. A copy of the objection shall also be furnished to:

| | | |
|---|---|---|
| ***Chapter 13 Trustee*** | as well as | ***Debtor's Attorney*** |
| Leigh A. Duncan | | India Footman |
| Leigh A. Duncan | | Footman Law Firm, P.A. |
| Post Office Box 646 | | 1345 Cross Creek Circle |
| Tallahassee, FL 32302 | | Tallahassee, FL 32301 |

At the hearing, the Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter.

**Counsel for the debtor, if represented, is directed to serve a copy of this order together with a copy of the most recently filed plan (see Fed. R. Bankr. P. 3015(d)) to all creditors and parties in interest using a current mailing matrix from the Court's CM/ECF system, and promptly thereafter file a certificate of such service.** If the debtor is not represented by counsel, or if the debtor is represented *pro bono*, the Court will serve the Order and Plan in accordance with applicable Rules.

**DONE AND ORDERED** March 1, 2024.

                                                  /s/ Karen K. Specie
                                                Karen K. Specie
                                                U.S. Bankruptcy Judge